IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD CAMPBELL,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>　　　　Defendant(s).<br>_____ / | No.  C 10-1191   VRW<br><br>**ORDER OF DISMISSAL** |

　　　　Having advised the court  that the parties have agreed to a settlement;   IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice,  provided, however, that if any party hereto shall certify to this court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: September 30, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT CHIEF JUDGE