Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
HAROLD CAMPBELL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| HAROLD CAMPBELL, | Case No.: 3:10-cv-01191 |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| DIVIRSIFIED COLLECTION SERVICES, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  10/12/2010

_____
The Honorable Judge
United States District Judge

1

[Proposed] Order